## 50420. COMMERCIAL CREDIT PLAN, INC. v. MILLS.

BELL, Chief Judge.

The automobile finance company has not pierced the defendant's answer that there was a substitution by judicial decree of his divorced wife as the sole debtor and release of defendant from the obligation and that the company acquiesced in accepting the former wife as the sole obligee. See *Loftis Plumbing Co. v. American Surety Co.,* 74 Ga. App. 590 (40 SE2d 667). We affirm the denial of the motion for summary judgment.

*Judgment affirmed. Webb and Marshall, JJ., concur.*

SUBMITTED MARCH 4, 1975 — DECIDED APRIL 29, 1975 —
REHEARING DENIED MAY 29, 1975.

*Smith & Portman, Ronald C. Crawford,* for appellant.

*Lewis & Javetz, Emanuel Lewis,* for appellee.